858 A.2d 555

IN THE MATTER OF PAUL A. DYKSTRA,
AN ATTORNEY AT LAW.

October 5, 2004.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 04–099, concluding that **PAUL A. DYKSTRA** of **HASBROUCK HEIGHTS,** who was admitted to the bar of this State in 1974, should be suspended from the practice of law for a period of three months for violating *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit or misrepresentation), and good cause appearing;

It is ORDERED that **PAUL A. DYKSTRA** is suspended from the practice of law for a period of three months and until the further Order of the Court, effective November 1, 2004; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of suspension and that respondent comply with *Rule* 1:20–20; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.